UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| GREGORY A. AUSTIN, | |
|---|---|
| Plaintiff, | Case No.  15-cv-00511-KAW |
| v. | **REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |
| STATE OF CALIFORNIA, | |
| Defendant. | |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Elizabeth D. Laporte for consideration of whether the case is related to *Austin v. State of California*, 15-cv-00504-EDL.

**IT IS SO ORDERED.**

Dated: February 9, 2015

_____
KANDIS A. WESTMORE
United States Magistrate Judge